UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPENTV, INC., et al.,

    Plaintiffs,

    v.

APPLE, INC.,

    Defendant.

Case No. 14-cv-01622-JST

**ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER**

Re: ECF No. 28

    The Court has prepared a tentative order in response to Defendant's motion to dismiss, noticed for hearing on July 10, 2014. The tentative order is attached at Exhibit A. The tentative order has been issued solely to prepare counsel for oral argument. ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

Dated: July 7, 2014

_____
JON S. TIGAR
United States District Judge