GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
MELODY DRUMMOND HANSEN (S.B. #278786) mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

RYAN K. YAGURA (S.B. #197619) ryagura@omm.com
VINCENT ZHOU (S.B. #251969) vzhou@omm.com
KEVIN MURRAY (S.B. #275186) kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

Attorneys for Defendant
**APPLE INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| OPENTV, INC. AND NAGRAVISION, SA,<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 3:14-cv-01622-JST<br><br>**SECOND JOINT STIPULATION TO EXTEND DEADLINE TO FILE ESI STIPULATION AND STIPULATED PROTECTIVE ORDER**<br><br>**Case Filed: April 9, 2014**<br>**Judge: Honorable Jon S. Tigar** |

1      Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs OpenTV, Inc., and Nagravision, SA

2    ("OpenTV") and Defendant Apple Inc. ("Apple") hereby stipulate to extend the deadline to file

3    an ESI Stipulation and Stipulated Protective Order to September 9, 2014.

4      WHEREAS, pursuant to the Court's July 25, 2014 Scheduling Order (Dkt. 59), the Parties

5    were required to file an ESI Stipulation and a Stipulated Protective Order by September 2, 2014;

6      WHEREAS, the Parties agreed to extend the deadline to September 9, 2014, but on

7    September 2, 2014, inadvertently filed a version of the stipulation that incorrectly requested that

8    the deadline be extended to September 5, 2014, instead of September 9, 2014 (Dkt. 64);

9      WHEREAS, on September 2, 2014, the Court granted the stipulation and ordered the

10   deadline extended to September 5, 2014 (Dkt. 66);

11     WHEREAS, the Parties are continuing to negotiate in good faith regarding the terms of

12   the ESI Stipulation and Stipulated Protective Order;

13     WHEREAS, the Parties believe that that they could make further progress towards

14   reaching agreement on the terms of the ESI Stipulation and Stipulated Protective Order with

15   additional time to continue their meet and confer discussions; and

16     WHEREAS, other than as described above, the Parties have not previously requested any

17   modifications to the Court's Scheduling Order, and the modification requested herein will not

18   affect any other scheduled dates or events in this action;

19     It is hereby STIPULATED AND AGREED, by and between the Parties, subject to the

20   approval of the Court, as follows:

21     The Parties will file an ESI Stipulation and Stipulated Protective Order, including an

22       identification of any outstanding disputes regarding the terms of both, no later than

23       September 9, 2014.

24

25     Pursuant to Civil L.R. 6-2(a), this stipulation is supported by the concurrently filed

26   Declaration of Luann L. Simmons.

27

28

STIP TO EXTEND DEADLINE TO FILE ESI
STIPULATION AND PO 3:14-CV-01622-JST

1    IT IS SO STIPULATED.

2        Dated: September 4, 2014

3

| O'MELVENY & MYERS LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|---|---|
| | |
| /s/ Luann L. Simmons | /s/ Elizabeth A. Niemeyer |
| George A. Riley (S.B. #118304) | Robert F. McCauley (SBN 162056) |
| griley@omm.com | robert.mccauley@finnegan.com |
| Luann L. Simmons (S.B. #203526) | Jacob A. Schroeder (SBN 264717) |
| lsimmons@omm.com | jacob.schroeder@finnegan.com |
| Melody Drummond Hansen (S.B. #278786) | FINNEGAN, HENDERSON, FARABOW, |
| mdrummondhansen@omm.com | GARRETT & DUNNER, LLP |
| O'MELVENY & MYERS LLP | 3300 Hillview Avenue |
| Two Embarcadero Center, 28th Floor | Palo Alto, CA 94304-1203 |
| San Francisco, California  94111-3823 | Telephone:     (650) 849-6600 |
| Telephone:     (415) 984-8700 | Facsimile:      (650) 849-6666 |
| Facsimile:      (415) 984-8701 | |
| | Gerald F. Ivey (*pro hac vice*) |
| Ryan K. Yagura (S.B. #197619) | Smith R. Brittingham IV (*pro hac vice*) |
| ryagura@omm.com | Elizabeth A. Niemeyer (*pro hac vice*) |
| Vincent Zhou (S.B. #251969) | John M. Williamson (*pro hac vice*) |
| vzhou@omm.com | Aliza A. George (*pro hac vice*) |
| Kevin Murray (S.B. #275186) | Robert D. Wells (SBN 277903) |
| kmurray2@omm.com | FINNEGAN, HENDERSON, FARABOW, |
| O'MELVENY & MYERS LLP | GARRETT & DUNNER, LLP |
| 400 South Hope Street | 901 New York Avenue, NW |
| Los Angeles, California  90071-2899 | Washington, DC 20001-4413 |
| Telephone:     (213) 430-6000 | Telephone:     (202) 408-4000 |
| Facsimile:      (213) 430-6407 | Facsimile:      (202) 408-4400 |
| | |
| Attorneys for Defendant | Stephen E. Kabakoff (*pro hac vice*) |
| **APPLE INC.** | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, LLP |
| | 3500 SunTrust Plaza |
| | 303 Peachtree Street, N.E. |
| | Atlanta, GA 30308-3263 |
| | Telephone:     (404) 653- 6400 |
| | Facsimile:      (404) 653-6444 |
| | |
| | Attorneys for Plaintiffs |
| | **OPENTV, INC. AND NAGRAVISION, SA** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Elizabeth A. Niemeyer.


By:  */s/ Luann L. Simmons*

Luann L. Simmons


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  September 5, 2014

_____
Honorable
United St

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 4 -