Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Gerald F. Ivey (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice*)
Elizabeth A. Niemeyer (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Aliza A. George (*pro hac vice*)
Robert D. Wells (SBN 277903)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Telephone:    (404) 653- 6400
Facsimile:    (404) 653-6444

*Attorneys for Plaintiffs*
OpenTV, Inc. and Nagravision, SA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENTV, INC., AND NAGRAVISION, SA<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | CASE NO. 3:14-cv-01622-JST<br><br>**DECLARATION OF ROBERT F. MCCAULEY IN SUPPORT OF [PROPOSED] STIPULATED PROTECTIVE ORDER** |

I, Robert F. McCauley, declare as follows:

1. I am an attorney licensed to practice in California and before this Court, and am a partner with Finnegan, Henderson, Farabow, Garrett & Dunner LLP, counsel for Plaintiffs OpenTV and Nagravision, SA. I submit this Declaration in Support of Stipulated Protective Order filed herewith. The matters stated herein are based upon my personal knowledge, and if called as a witness, would testify as to the following statements.

2. Plaintiffs OpenTV and Nagravision, SA and Defendant Apple Inc. met and conferred via email correspondence, and agreed to the terms of the Stipulation filed concurrently with this declaration.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of November, 2014, in Palo Alto, California.

By: */s/ Robert F. McCauley*
Robert F. McCauley