UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPENTV, INC., et al.,

    Plaintiffs,

v.

APPLE, INC.,

    Defendant.

Case No. 14-cv-01622-JST

**ORDER DENYING MOTION FOR TELEPHONIC CONFERENCE**

Re: ECF No. 99

The Court has received the parties' Stipulation Requesting Teleconference Regarding Claim Construction Briefs. ECF No. 99. The parties seek the Court's guidance regarding how many claim terms the parties are permitted to dispute in their claim construction briefing. The Court will limit the parties' claim construction to a maximum of ten terms pursuant to Patent Local Rule 4-2. The parties should observe standard page limitations.

The Court denies the request for a telephonic conference.

**IT IS SO ORDERED.**

Dated: January 14, 2015

_____
JON S. TIGAR
United States District Judge