UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPENTV, INC., et al.,

        Plaintiffs,

    v.

APPLE, INC.,

        Defendant.

Case No. 14-cv-01622-JST

**ORDER VACATING HEARING**

Re: ECF No. 94

    Before the Court is Plaintiffs' motion for leave to amend infringement contentions. ECF No. 94. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 29, 2015, is hereby VACATED.

    IT IS SO ORDERED.

Dated: January 20, 2015

_____
JON S. TIGAR
United States District Judge