UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPENTV, INC., et al.,

        Plaintiffs,

    v.

APPLE, INC.,

        Defendant.

Case No. 14-cv-01622-JST

**ORDER RESCHEDULING CASE DATES**

On its own motion, the Court hereby renotices Defendant Apple, Inc.'s motion to dismiss, ECF No. 97, for March 19, 2015 at 2:00 P.M. The Court also renotices the technology tutorial that was previously scheduled for March 9, 2015, which will now occur on April 6, 2015 at 2:00 P.M. Finally, the claim construction hearing previously scheduled for March 23, 2015, will now occur on April 20, 2015 at 2:00 P.M.

IT IS SO ORDERED.

Dated: February 5, 2015

_____
JON S. TIGAR
United States District Judge