| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA  94304-1203<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Gerald F. Ivey (*pro hac vice*)<br>Smith R. Brittingham IV (*pro hac vice*)<br>Elizabeth A. Niemeyer (*pro hac vice*)<br>John M. Williamson (*pro hac vice*)<br>Aliza A. George (*pro hac vice*)<br>Robert D. Wells (SBN 277903)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone:     (202) 408-4000<br>Facsimile:      (202) 408-4400<br><br>Stephen E. Kabakoff (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA  30308-3263<br>Telephone:     (404) 653- 6400<br>Facsimile:      (404) 653-6444<br><br>*Attorneys for Plaintiffs*<br>*OpenTV, Inc. and Nagravision, SA* | George A. Riley (S.B. #118304)<br>griley@omm.com<br>Luann L. Simmons (S.B. #203526)<br>lsimmons@omm.com<br>Melody Drummond Hansen (S.B. #278786)<br>mdrummondhansen@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Ryan K. Yagura (S.B. #197619)<br>ryagura@omm.com<br>Xin-Yi Zhou (S.B. #251969)<br>vzhou@omm.com<br>Brian M. Cook (S.B. #266181)<br>bcook@omm.com<br>Kevin Murray (S.B. #275186)<br>kmurray2@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>*Attorneys for Defendant*<br>*APPLE INC.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC. and NAGRAVISION, SA,<br><br>       Plaintiffs and<br>       Counterdefendants,<br><br>       v.<br><br>APPLE, INC.,<br><br>       Defendant and<br>       Counterplaintiff. | CASE NO. 3:14-cv-01622-HSG<br><br>**JOINT STIPULATION REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATIONS AT HEARING THURSDAY, MARCH 19, 2015**<br><br>**ORDER** |

Pursuant to Civil Local Rule 7-12, counsel for Plaintiffs OpenTV, Inc. and Nagravision, SA, ("Plaintiffs") and Defendant Apple Inc. ("Apple") stipulate and respectfully request an order permitting counsel and/or their staff to (a) bring laptop computers into the courthouse and (b) connect their respective laptops into Courtroom 15's visual presentation system on Thursday, March 19, 2015, for the hearing on Apple's Motion to Dismiss Third Amended Complaint (Dkt. 97, 106) on that same date.

Counsel also respectfully request that they and/or their staff be permitted to enter Courtroom 15 at 11:00 a.m. on March 19, 2015 (or at another time convenient to the Court, and in advance of the 2:00 p.m. hearing) to connect their respective laptops and confirm operability with the Court's presentation system.

By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs in the filing of this document.

Respectfully submitted,

Dated: March 16, 2015

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By:  /s/ Robert F. McCauley
Robert F. McCauley (SBN 162056)

*Attorneys for Plaintiffs*
*OpenTV, Inc. and Nagravision, SA*

Dated: March 16, 2015

O'MELVENY & MYERS LLP

By:  /s/ Luann L. Simmons
Luann L. Simmons (S.B. #203526)

*Attorneys for Defendant*
*APPLE INC.*

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. Counsel for the parties (and/or their staff) may enter Courtroom 15 at 11:00 a.m., on March 19, 2015, to connect their respective laptops and test/confirm operability with the Court's visual presentation system.

Dated: March 17, 2015

_____
Haywood S. Gilliam, Jr.
United States District Judge