UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPENTV, INC., et al.,

    Plaintiffs,

v.

APPLE, INC.,

    Defendant.

Case No. 14-cv-01622-HSG

**SCHEDULING ORDER**

A case management conference was held on March 19, 2015. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Technology Tutorial for OpenTV Patents | April 15, 2015 10:00-11:30 a.m. |
| Claim Construction Hearing for OpenTV Patents | April 22, 2015 1:00-3:30 p.m. |
| Apple's Disclosure of Asserted Claims and Infringement Contentions and Accompanying Disclosures | April 6, 2015 |
| OpenTV's Invalidity Contentions and Accompanying Disclosures | May 21, 2015 |
| Exchange of Proposed Terms for Construction for Apple Patents | June 4, 2015 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence for Apple Patents | June 25, 2015 |
| Joint Claim Construction and Prehearing Statement | July 16, 2015 |
| Apple Serves Preliminary Election of Asserted Claims | August 12, 2015 |
| OpenTV Serves Preliminary Election of Asserted Prior Art | August 24, 2015 |
| Apple's Opening Claim Construction Brief | August 27, 2015 |
| OpenTV's Responsive Claim Construction Brief | September 10, 2015 |
| Apple's Reply Claim Construction Brief | September 17, 2015 |
| Completion of Claim Construction Discovery for Apple Patents | September 24, 2015 |

| | |
|---|---|
| Technology Tutorial for Apple Patents | September 30, 2015<br>10:00-11:30 a.m. |
| Claim Construction Hearing for Apple Patents | October 7, 2015<br>1:00-3:30 p.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: March 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge