Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Gerald F. Ivey (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice*)
Elizabeth A. Niemeyer (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Aliza A. George (*pro hac vice*)
Robert D. Wells (SBN 277903)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone:     (404) 653- 6400
Facsimile:      (404) 653-6444

*Attorneys for Plaintiffs*
*OpenTV, Inc. and Nagravision, SA*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC. and NAGRAVISION, SA,<br><br>               Plaintiffs and<br>               Counterdefendants,<br><br>       v.<br><br>APPLE, INC.,<br><br>               Defendant and<br>               Counterplaintiff. | CASE NO. 3:14-cv-01622-HSG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR AN ORDER PURSUANT TO CIVIL L.R. 11-5; ORDER**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Courtroom: 15, 18th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs OpenTV, Inc. and Nagravision, SA ("Plaintiffs") respectfully move for leave to withdraw Jacob A. Schroeder as counsel of record in this matter. The withdrawal of said counsel from this matter will impose no delay of the case or prejudice to any party, and Plaintiffs' other counsel at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP will remain of record. Plaintiffs further requests that the clerk terminate any further ECF notifications to Jacob A. Schroeder. A Proposed Order is filed herewith.

Dated: April 2, 2015

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By: */s/ Jacob A. Schroeder*
    Robert F. McCauley (SBN 162056)
    robert.mccauley@finnegan.com
    Jacob A. Schroeder (SBN 264717)
    jacob.schroeder@finnegan.com
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
    3300 Hillview Avenue
    Palo Alto, CA  94304-1203
    Telephone:(650) 849-6600
    Facsimile:  (650) 849-6666

    Gerald F. Ivey (*pro hac vice*)
    Smith R. Brittingham IV (*pro hac vice*)
    Elizabeth A. Niemeyer (*pro hac vice*)
    John M. Williamson (*pro hac vice*)
    Aliza A. George (*pro hac vice*)
    Robert D. Wells (SBN 277903)
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
    901 New York Avenue, NW
    Washington, DC 20001-4413
    Telephone:         (202) 408-4000
    Facsimile:         (202) 408-4400

    Stephen E. Kabakoff (*pro hac vice*)
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
    3500 SunTrust Plaza
    303 Peachtree Street, N.E.
    Atlanta, GA  30308-3263

1   NOTICE OF WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER
    Case No. 3:14-cv-01622-HSG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone:(404) 653- 6400
Facsimile: (404) 653-6444

Attorneys for Plaintiffs
OpenTV, Inc. and Nagravision, SA

**ORDER**

Jacob A. Schroeder is hereby authorized by the Court to withdraw as counsel of Plaintiffs OpenTV, Inc. and Nagravision, SA. Finnegan, Henderson, Farabow, Garrett & Dunner LLP will continue to represent Plaintiffs in this action.

The clerk of the Court is directed to make the appropriate change in the docket and terminate any further ECF notifications to Jacob A. Schroeder.

**IT IS SO ORDERED.**

Dated: April 3, 2015

Haywood S. Gilliam, Jr.
United States District Judge