Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Gerald F. Ivey (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice*)
Elizabeth A. Niemeyer (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Aliza A. George (*pro hac vice*)
Robert D. Wells (SBN 277903)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone:     (404) 653- 6400
Facsimile:      (404) 653-6444

*Attorneys for Plaintiffs*
*OpenTV, Inc. and Nagravision, SA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC. and NAGRAVISION, SA,<br><br>                    Plaintiffs,<br><br>           v.<br><br>APPLE INC.,<br><br>                    Defendant. | CASE NO. 3:14-cv-01622-HSG<br><br>**STIPULATION REQUESTING CHANGING HEARING DATE; AND ORDER** |

1          Plaintiffs OpenTV and Nagravision, SA ("OpenTV") and Defendant Apple Inc. ("Apple") respectfully request that the Court change the hearing date on Plaintiffs' Motion to Supplement Patent L.R. 3-2(b) Production, Dkt. No. 124, from April 23, 2015, to April 22, 2015, the date currently scheduled for the claim construction hearing in this case. Moving the hearing date for OpenTV's motion one day earlier, from April 23 to April 22, to coincide with the date scheduled for the claim construction hearing would minimize the burden on the Court of holding two hearings on successive days and would minimize travel and associated costs for non-local counsel who will attend the hearings.

        The parties do not expect oral argument on OpenTV's motion to require more than a half hour. If the Court is inclined to grant the parties' request, counsel could be available at any time before or after the claim construction hearing, which is currently scheduled from 1:00 p.m. - 3:30 p.m. Dkt. No. 137. For example, the parties could be available for a hearing on OpenTV's motion from 12:30 p.m. to 1:00 p.m. or at the conclusion of the claim construction hearing. As noted during the hearing on March 19, 2015, the parties also do not object to having the issue referred to Magistrate Judge Westmore, to whom this case has been referred on certain issues. 3/19/2015 Tr. at 42-43. The parties are also prepared to go forward on the currently scheduled date and time, at the Court's discretion.

        By her signature below, counsel for OpenTV attests that counsel for Apple concurs in the filing of this document.

| | | |
|---|---|---|
| 1 | Dated: April 9, 2015 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 2 | | By: /s/ Elizabeth A. Niemeyer |
| | | Robert F. McCauley (SBN 162056) |
| 3 | | robert.mccauley@finnegan.com |
| | | FINNEGAN, HENDERSON, FARABOW, |
| 4 | | GARRETT & DUNNER, LLP |
| | | 3300 Hillview Avenue |
| 5 | | Palo Alto, CA  94304-1203 |
| | | Telephone:(650) 849-6600 |
| 6 | | Facsimile: (650) 849-6666 |

Gerald F. Ivey (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice*)
Elizabeth A. Niemeyer (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Aliza A. George (*pro hac vice*)
Robert D. Wells (SBN 277903)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:        (202) 408-4000
Facsimile:         (202) 408-4400

Attorneys for Plaintiffs
OpenTV, Inc. and Nagravision, SA

By:  /s/ Luann L. Simmons
George A. Riley (S.B. #118304) griley@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Ryan K. Yagura (S.B. #197619)
ryagura@omm.com
Xin-Yi Zhou (S.B. #251969) vzhou@omm.com
Brian M. Cook (S.B. #266181) bcook@omm.com
Kevin Murray (S.B. #275186)
kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant Apple Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Court will hear Plaintiffs' Motion to Supplement Patent L.R. 3-2(b) Production, Dkt. No. 124, April 22, 2015, between 12:30 p.m. to 1:00 p.m.

Dated:  April 9, 2015

                                  United States District Judge
                                  Haywood S. Gilliam, Jr.