| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA  94304-1203<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Gerald F. Ivey (*pro hac vice*)<br>Smith R. Brittingham IV (*pro hac vice*)<br>Elizabeth A. Niemeyer (*pro hac vice*)<br>John M. Williamson (*pro hac vice*)<br>Aliza A. George (*pro hac vice*)<br>Robert D. Wells (SBN 277903)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone:     (202) 408-4000<br>Facsimile:      (202) 408-4400<br><br>Stephen E. Kabakoff (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA  30308-3263<br>Telephone:     (404) 653- 6400<br>Facsimile:      (404) 653-6444<br><br>*Attorneys for Plaintiffs*<br>*OpenTV, Inc. and Nagravision, SA* | George A. Riley (S.B. #118304)<br>griley@omm.com<br>Luann L. Simmons (S.B. #203526)<br>lsimmons@omm.com<br>Melody Drummond Hansen (S.B. #278786)<br>mdrummondhansen@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Ryan K. Yagura (S.B. #197619)<br>ryagura@omm.com<br>Vincent Zhou (S.B. #251969)<br>vzhou@omm.com<br>Kevin Murray (S.B. #275186)<br>kmurray2@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>*Attorneys for Defendant*<br>*APPLE INC.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC. and NAGRAVISION, SA,<br><br>　　　　　Plaintiffs and<br>　　　　　Counterdefendants,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant and<br>　　　　　Counterplaintiff. | CASE NO. 3:14-cv-01622-HSG<br><br>**JOINT STIPULATION REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATIONS AT TUTORIAL AND MOTION/CLAIM CONSTRUCTION HEARING**<br><br>**ORDER** |

Pursuant to Civil Local Rule 7-12, counsel for Plaintiffs OpenTV, Inc. and Nagravision, SA, ("Plaintiffs") and Defendant Apple Inc. ("Apple") stipulate and respectfully request an order permitting counsel and/or their staff to (a) bring laptop computers into the courthouse and (b) connect their respective laptops into Courtroom 15's visual presentation system on Wednesday, April 15, 2015, for the Tutorial, and on Wednesday, April 22, 2015, for the Claim Construction Hearing scheduled on those dates.

Counsel also respectfully request that they and/or their staff be permitted to enter the courtroom before each hearing to connect their laptops and confirm operability with the Court's presentation system. Specifically, counsel request such access at 9:00 a.m. on Wednesday, April 15 (before the 10:00 a.m. Tutorial), and at 11:00 a.m. on April 22 (before the 12:30 p.m. hearing on OpenTV's Motion to Supplement its Patent L.R. 3-2(b) Production (Dkt. 124) and 1 p.m. Claim Construction Hearing).

Respectfully submitted,

Dated: April 13, 2015	FINNEGAN, HENDERSON, FARABOW,
	    GARRETT & DUNNER, LLP

	By:   */s/ Robert F. McCauley*
	      Robert F. McCauley (SBN 162056)

	*Attorneys for Plaintiffs and Counterdefendants*
	*OPENTV, INC. and NAGRAVISION, SA*

Dated: April 13, 2015	O'MELVENY & MYERS LLP

	By:   */s/ Luann L. Simmons*
	      Luann L. Simmons (S.B. #203526)

	*Attorneys for Defendant and Counterplaintiff*
	*APPLE INC..*

1 **ATTESTATION**

2   Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have on file all holographic signatures

3 corresponding to any signatures indicated by a conformed signature (/S/) within this document.

4

5 Dated: April 13, 2015                                O'MELVENY & MYERS LLP

6                                                      By:   /s/ Luann L. Simmons
7                                                            Luann L. Simmons (S.B. #203526)

8                                                      *Attorneys for Defendant and Counterplaintiff APPLE INC.*
9                                                      .

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  Counsel for the parties (and/or their staff) may enter Courtroom 15 at 9:00 a.m. on April 15, 2015, and at 11:00 a.m. on April 22, 2015, to connect their respective laptops and test/confirm operability with the Court's visual presentation system.

Dated:  April 14, 2015

_____
Haywood S. Gilliam, Jr.
United States District Judge