George A. Riley (S.B. #118304) griley@omm.com
Luann L. Simmons (S.B. #203526) lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786) mdrummondhansen@omm.com
Anne E. Huffsmith (S.B. # 236438) ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ryan K. Yagura (S.B. #197619) ryagura@omm.com
Xin-Yi Zhou (S.B. #251969) vzhou@omm.com
Brian M. Cook (S.B. #266181) bcook@omm.com
Kevin Murray (S.B. #275186) kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant and Counterplaintiff
**APPLE INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

OpenTV, Inc., and Nagravision, SA,

Plaintiffs and Counterdefendants,

v.

Apple Inc.,

Defendant and Counterplaintiff.

Case No. 3:14-cv-01622-HSG

**~~[PROPOSED]~~ ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT ECF NO. 132-6**

 Defendant Apple Inc. has moved to remove incorrectly filed ECF No. 132-6, Exhibit F to the Declaration of Anne E. Huffsmith in Support of Defendant's Opposition to Plaintiff's Motion to Supplemental Patent L.R. 3-2(B) Production.

Having considered the papers submitted and any arguments of the parties and finding good cause, the Court hereby grants Apple's Motion to Remove Incorrectly Filed Document ECF No. 132-6 and HEREBY ORDERS THE CLERK to remove from the physical and electronic docket, ECF No. 132-6.

IT IS SO ORDERED.

Dated: 4/23/2015

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge