GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
MELODY DRUMMOND HANSEN (S.B. #278786) mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

RYAN K. YAGURA (S.B. #197619) ryagura@omm.com
XIN-YI ZHOU (S.B. #251969) vzhou@omm.com
BRIAN M. COOK (S.B. #266181) bcook@omm.com
KEVIN MURRAY (S.B. #275186) kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant
**APPLE INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPENTV, INC. AND NAGRAVISION S.A., <br><br>Plaintiffs, <br><br>v. <br><br>APPLE INC., <br><br>Defendant. | Case No. 3:14-cv-01622-HSG <br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE AND MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br>**Case Filed: April 9, 2014** <br>**Judge: Honorable Haywood S. Gilliam, Jr.** |

1    Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs OpenTV, Inc., and Nagravision S.A.
2    ("OpenTV") and Defendant Apple Inc. ("Apple") hereby stipulate to extend the briefing schedule
3    for OpenTV's Motion to Strike Apple's Infringement Contentions and Motion for Judgment on
4    the Pleadings.

5    WHEREAS on July 2, 2015, OpenTV filed a Motion to Strike Apple's Infringement
6    Contentions (Dkt. 175) and a Motion for Judgment on the Pleadings (Dkt. 176), both noticed for
7    hearing on August 27, 2015;

8    WHEREAS by rule, Apple's oppositions to both motions are due July 16, 2015;

9    WHEREAS by rule, OpenTV's replies in support of both motions are due July 23, 2105;

10   WHEREAS because the motions were filed the night before the July 4th holiday weekend
11   and several counsel for OpenTV and for Apple are on or have scheduled vacations during July,
12   the Parties met and conferred and agreed to jointly request a one-week extension for Apple's
13   opposition briefs and three-court-day extension for OpenTV's reply briefs;

14   WHEREAS under the Parties' requested briefing schedule, OpenTV's motions will be
15   fully briefed and before the Court twenty-three days before the noticed hearing date of August 27,
16   2015; and

17   WHEREAS the Parties have not previously requested any modifications to the briefing
18   schedule set by rule for these motions, and the modification requested herein will not affect the
19   noticed hearing date for these motions or any other scheduled dates or events in this action.

20   It is hereby STIPULATED AND AGREED, by and between the Parties, subject to the
21   approval of the Court, as follows:

22   (1)    Apple's oppositions to OpenTV's Motion to Strike and Motion for Judgment on
23   the Pleadings will both be due no later than July 23, 2015, and

24   (2)    OpenTV's replies in support of its Motion to Strike and Motion for Judgment on
25   the Pleadings will both be due no later than August 4, 2015.

26

27   Pursuant to Civil L.R. 6-2(a), this stipulation is supported by the concurrently filed
28   Declaration of Luann L. Simmons.

IT IS SO STIPULATED.

Dated: July 7, 2015

| O'MELVENY & MYERS LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|---|---|
| /s/ *Luann L. Simmons* <br> George A. Riley (S.B. #118304) <br> griley@omm.com <br> Luann L. Simmons (S.B. #203526) <br> lsimmons@omm.com <br> Melody Drummond Hansen (S.B. #278786) <br> mdrummondhansen@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> Telephone:   (415) 984-8700 <br> Facsimile:    (415) 984-8701 <br><br> Ryan K. Yagura (S.B. #197619) <br> ryagura@omm.com <br> Xin-Yi Zhou (S.B. #251969) <br> vzhou@omm.com <br> Kevin Murray (S.B. #275186) <br> kmurray2@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street <br> Los Angeles, California 90071-2899 <br> Telephone:   (213) 430-6000 <br> Facsimile:    (213) 430-6407 <br><br> Attorneys for Defendant <br> **APPLE INC.** | /s/ *Robert F. McCauley* <br> Robert F. McCauley (SBN 162056) <br> robert.mccauley@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, CA 94304-1203 <br> Telephone:    (650) 849-6600 <br> Facsimile:     (650) 849-6666 <br><br> Gerald F. Ivey (*pro hac vice*) <br> Smith R. Brittingham IV (*pro hac vice*) <br> Elizabeth A. Niemeyer (*pro hac vice*) <br> John M. Williamson (*pro hac vice*) <br> Aliza A. George (*pro hac vice*) <br> Cecilia Sanabria (*pro hac vice*) <br> Robert D. Wells (SBN 277903) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 901 New York Avenue, NW <br> Washington, DC 20001-4413 <br> Telephone:    (202) 408-4000 <br> Facsimile:     (202) 408-4400 <br><br> Stephen E. Kabakoff (*pro hac vice*) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 3500 SunTrust Plaza <br> 303 Peachtree Street, N.E. <br> Atlanta, GA 30308-3263 <br> Telephone:    (404) 653- 6400 <br> Facsimile:     (404) 653-6444 <br><br> Attorneys for Plaintiffs <br> **OPENTV, INC. AND NAGRAVISION S.A.** |

**ATTESTATION**

In compliance with Local Rule 5-1(i)(3), I hereby attest that Robert F. McCauley, counsel for Plaintiffs, has concurred in the filing of this Joint Stipulation Regarding Briefing Schedule for Plaintiffs' Motion to Strike and Motion for Judgment on the Pleadings.

By: /s/ Luann L. Simmons
Luann L. Simmons

**ORDER**

Pursuant to the parties' stipulation, the Court sets the deadline for Apple to file its opposition to OpenTV's Motion for Judgment on the Pleadings on July 23, 2015, and the deadline for OpenTV to file its reply in support of its Motion for Judgment on the Pleadings on August 4, 2015.

**IT IS SO ORDERED.**

Dated: July 9, 2015

Honorable Haywood S. Gilliam, Jr.
United States District Judge