GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
MELODY DRUMMOND HANSEN (S.B. #278786) mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

RYAN K. YAGURA (S.B. #197619) ryagura@omm.com
XIN-YI ZHOU (S.B. #251969) vzhou@omm.com
BRIAN M. COOK (S.B. #266181) bcook@omm.com
KEVIN MURRAY (S.B. #275186) kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant
**APPLE INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPENTV, INC. AND NAGRAVISION S.A.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 3:14-cv-01622-HSG-KAW<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE**<br><br>Case Filed: April 9, 2014<br>Judge: Magistrate Judge Kandis A. Westmore |

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs OpenTV, Inc., and Nagravision S.A. |
| 2 | ("OpenTV") and Defendant Apple Inc. ("Apple") hereby stipulate to extend the briefing schedule |
| 3 | for OpenTV's Motion to Strike Apple's Infringement Contentions. |
| 4 | WHEREAS on July 2, 2015, OpenTV filed a Motion to Strike Apple's Infringement |
| 5 | Contentions (Dkt. 175), noticed for hearing on August 27, 2015; |
| 6 | WHEREAS by rule, Apple's opposition is due July 16, 2015; |
| 7 | WHEREAS by rule, OpenTV's reply is due July 23, 2105; |
| 8 | WHEREAS because the motion was filed the night before the July 4th holiday weekend |
| 9 | and several counsel for OpenTV and for Apple were on or had scheduled vacations during July, |
| 10 | the Parties met and conferred and agreed to jointly request a one-week extension for Apple's |
| 11 | opposition brief and three-court-day extension for OpenTV's reply brief; |
| 12 | WHEREAS on July 6, a Clerk's Notice was entered (Dkt. 177) vacating the August 27, |
| 13 | 2015 hearing date and referring the Motion to Strike to Magistrate Judge Westmore. |
| 14 | WHEREAS on July 7, the Parties submitted a joint stipulation and declaration to modify |
| 15 | the briefing schedule (Dkts. 179, 180). |
| 16 | WHEREAS on July 9, Judge Gilliam ordered the parties to instead submit requests to |
| 17 | modify the briefing schedule for OpenTV's Motion to Strike Apple's Infringement Contentions |
| 18 | (Dkt. 175) to Magistrate Judge Westmore (Dkt. 181). |
| 19 | WHEREAS under the Parties' requested briefing schedule, OpenTV's motions will be |
| 20 | fully briefed by August 4, 2015, and no hearing date has yet been set; and |
| 21 | WHEREAS aside from previously submitting this request to Judge Gilliam, the Parties |
| 22 | have not previously requested any other modifications to the briefing schedule set by rule for this |
| 23 | motion, and the modification requested herein will not affect any other scheduled dates or events |
| 24 | in this action. |
| 25 | It is hereby STIPULATED AND AGREED, by and between the Parties, subject to the |
| 26 | approval of the Court, as follows: |
| 27 | (1)     Apple's opposition to OpenTV's Motion to Strike will be due no later than July |
| 28 | 23, 2015, and |

- 2 -                                                   JOINT STIPULATION RE BRIEFING SCHEDULE
                                                                            3:14-CV-01622-HSG-KAW

(2)     OpenTV's reply in support of its Motion to Strike will be due no later than August 4, 2015.

Pursuant to Civil L.R. 6-2(a), this stipulation is supported by the concurrently filed Declaration of Luann L. Simmons.

IT IS SO STIPULATED.

Dated: July 10, 2015

| O'MELVENY & MYERS LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|---|---|
| /s/ *Luann L. Simmons*<br>George A. Riley (S.B. #118304)<br>griley@omm.com<br>Luann L. Simmons (S.B. #203526)<br>lsimmons@omm.com<br>Melody Drummond Hansen (S.B. #278786)<br>mdrummondhansen@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California  94111-3823<br>Telephone:     (415) 984-8700<br>Facsimile:      (415) 984-8701<br><br>Ryan K. Yagura (S.B. #197619)<br>ryagura@omm.com<br>Xin-Yi Zhou (S.B. #251969)<br>vzhou@omm.com<br>Kevin Murray (S.B. #275186)<br>kmurray2@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California  90071-2899<br>Telephone:     (213) 430-6000<br>Facsimile:      (213) 430-6407<br><br>Attorneys for Defendant<br>**APPLE INC.** | /s/ *Robert F. McCauley*<br>Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Gerald F. Ivey (*pro hac vice*)<br>Smith R. Brittingham IV (*pro hac vice*)<br>Elizabeth A. Niemeyer (*pro hac vice*)<br>John M. Williamson (*pro hac vice*)<br>Aliza A. George (*pro hac vice*)<br>Cecilia Sanabria (*pro hac vice*)<br>Robert D. Wells (SBN 277903)<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone:     (202) 408-4000<br>Facsimile:      (202) 408-4400<br><br>Stephen E. Kabakoff (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3263 |

| | |
|---|---|
| 1<br>2<br>3 | Telephone: (404) 653- 6400<br>Facsimile: (404) 653-6444<br><br>Attorneys for Plaintiffs<br>**OPENTV, INC. AND NAGRAVISION S.A.** |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this document.

By: */s/ Luann L. Simmons*

Luann L. Simmons

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court will hold a hearing on the motion on September 17, 2015.

Dated:  07/16/2015

Honorable Kandis A. Westmore
United States Magistrate Judge