Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Gerald F. Ivey (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice*)
Elizabeth A. Niemeyer (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Aliza A. George (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*)
Robert D. Wells (SBN 277903)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Telephone:     (404) 653- 6400
Facsimile:     (404) 653-6444

Attorneys for Plaintiffs
**OPENTV, INC. AND NAGRAVISION S.A.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPENTV, INC. AND NAGRAVISION S.A., <br><br>                    Plaintiffs, <br>     v. <br><br> APPLE INC., <br><br>                    Defendant. | Case No. 3:14-cv-01622-HSG (KAW) <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS; [~~PROPOSED~~] ORDER** <br><br> **Hearing Date: August 27, 2015** <br> **Case Filed: April 9, 2014** <br> **Judge: Hon. Haywood S. Gilliam, Jr.** |

Pursuant to Civil L.R. 7-7(e), Plaintiffs OpenTV, Inc. and Nagravision S.A. (collectively "OpenTV") hereby withdraw Plaintiffs' Motion for Judgment on the Pleadings.

WHEREAS, on July 2, 2015, OpenTV filed a Motion for Judgment on the Pleadings (Dkt. 176);

WHEREAS Apple, Inc.'s response is currently due on July 23, 2015;

WHEREAS OpenTV's reply is currently due on August 4, 2015;

WHEREAS on July 22, 2015, OpenTV and Apple filed a Joint Stipulation Dismissing Certain Counterclaims and Counter-Counterclaims with Prejudice;

Being within the time for filing and serving a reply, OpenTV hereby files and serves this timely notice of withdrawal and requests that the motion be taken off calendar.

Dated: July 23, 2015

        FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, LLP

        /s/*Robert F. McCauley*
        Robert F. McCauley (SBN 162056)
        robert.mccauley@finnegan.com
        FINNEGAN, HENDERSON, FARABOW,
         GARRETT & DUNNER, LLP
        3300 Hillview Avenue
        Palo Alto, CA 94304-1203
        Telephone:   (650) 849-6600
        Facsimile:   (650) 849-6666

        Gerald F. Ivey (*pro hac vice*)
        Smith R. Brittingham IV (*pro hac vice*)
        Elizabeth A. Niemeyer (*pro hac vice*)
        John M. Williamson (*pro hac vice*)
        Aliza A. George (*pro hac vice*)
        Cecilia Sanabria (*pro hac vice*)
        Robert D. Wells (SBN 277903)
        FINNEGAN, HENDERSON, FARABOW,
         GARRETT & DUNNER, LLP
        901 New York Avenue, NW
        Washington, DC 20001-4413
        Telephone:   (202) 408-4000
        Facsimile:   (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Telephone:   (404) 653- 6400
Facsimile:    (404) 653-6444

Attorneys for Plaintiffs
**OPENTV, INC. AND NAGRAVISION S.A.**

# [PROPOSED] ORDER

Pursuant to the Notice of Withdrawal, Plaintiffs' Motion for Judgment on the Pleadings (Dkt. 176) is withdrawn from consideration and is taken off calendar.

IT IS SO ORDERED.

Dated:  July 24 , 2015

*[signature]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

2

WITHDRAWAL OF MOTION FOR
JUDGMENT ON THE PLEADINGS
3:14-CV-01622-HSG (KAW)