Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Gerald F. Ivey (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice*)
Elizabeth A. Niemeyer (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Aliza A. George (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*)
Robert D. Wells (SBN 277903)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Telephone:   (404) 653- 6400
Facsimile:   (404) 653-6444

Attorneys for Plaintiffs
**OPENTV, INC. AND NAGRAVISION S.A**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPENTV, INC. AND NAGRAVISION S.A., <br><br> Plaintiffs, <br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:14-cv-01622-HSG (KAW) <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO STRIKE APPLE INC.'S INFRINGEMENT CONTENTIONS; [~~PROPOSED~~] ORDER** <br><br> **DISCOVERY MATTER** <br><br> **Hearing Date: September 17, 2015** <br> **Judge: Mag. Judge Kandis A. Westmore** |

1  Pursuant to Civil L.R. 7-7(e), Plaintiffs OpenTV, Inc. and Nagravision, S.A. (collectively
2  "OpenTV") hereby withdraw their Motion to Strike Apple's Infringement Contentions.
3  WHEREAS, on July 2, 2015, OpenTV filed a Motion to Strike Apple, Inc.'s Infringement
4  Contentions (Dkt. 175);
5  WHEREAS Apple, Inc.'s response is currently due on July 23, 2015;
6  WHEREAS OpenTV's reply is currently due on August 4, 2015;
7  WHEREAS on July 22, 2015, OpenTV and Apple filed a Joint Stipulation Dismissing
8  Certain Counterclaims and Counter-Counterclaims with Prejudice;
9  Being within the time for filing and serving a reply, OpenTV hereby files and serves this
10  timely notice of withdrawal and requests that the motion be taken off calendar.

Dated: July 23, 2015

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

 /s/*Robert F. McCauley*
Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Gerald F. Ivey (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice*)
Elizabeth A. Niemeyer (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Aliza A. George (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*)
Robert D. Wells (SBN 277903)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

|   |   |
|---|---|
| 1 | Stephen E. Kabakoff (*pro hac vice*) |
| 2 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 3 | 3500 SunTrust Plaza |
|   | 303 Peachtree Street, N.E. |
| 4 | Atlanta, GA 30308-3263 |
|   | Telephone:   (404) 653- 6400 |
| 5 | Facsimile:    (404) 653-6444 |

Attorneys for Plaintiffs
**OPENTV, INC. AND NAGRAVISION S.A.**

## [~~PROPOSED~~] ORDER

Pursuant to the Notice of Withdrawal, Plaintiffs' Motion to Strike Apple Inc.'s Infringement Contentions (Dkt. 175) is withdrawn from consideration and is taken off calendar.

IT IS SO ORDERED.

Dated:  7/27  , 2015

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge

- 2 -

WITHDRAWAL OF MOTION TO STRIKE
3:14-CV-01622-HSG (KAW)