1   Robert F. McCauley ( SBN 162056)
    robert.mccauley@finnegan.com
2   Jacob A. Schroeder (SBN 264717)
    jacob.schroeder@finnegan.com
3   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
4   3300 Hillview Avenue
    Palo Alto, CA  94304-1203
5   Telephone:      (650) 849-6600
    Facsimile:       (650) 849-6666
6

7   Gerald F. Ivey (*pro hac vice*)
8   Smith R. Brittingham IV (*pro hac vice*)
    Elizabeth A. Niemeyer (*pro hac vice*)
9   John M. Williamson (*pro hac vice*)
    Aliza A. George (*pro hac vice*)
10  Robert D. Wells (SBN 277903)
    Cecilia Sanabria (*pro hac vice*)
11  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
12  901 New York Avenue, NW
    Washington, DC 20001-4413
13  Telephone:      (202) 408-4000
    Facsimile:       (202) 408-4400
14
15  Stephen E. Kabakoff (*pro hac vice*)
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
16  3500 SunTrust Plaza
    303 Peachtree Street, N.E.
17  Atlanta, GA  30308-3263
    Telephone:      (404) 653- 6400
18  Facsimile:       (404) 653-6444

19  Attorneys for Plaintiffs
    OPENTV, INC. and NAGRAVISION S.A.

George A. Riley (S.B. #118304)
griley@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ryan K. Yagura (S.B. #197619)
ryagura@omm.com
Vincent Zhou (S.B. #251969)
vzhou@omm.com
Kevin Murray (S.B. #275186)
kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
APPLE INC.

20                    UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22                        SAN FRANCISCO DIVISION

23  OPENTV, INC. and NAGRAVISION S.A.,          CASE NO. 3:14-cv-01622-HSG (KAW)

24                        Plaintiffs,            **STIPULATED REQUEST TO CONTINUE**
                                                 **DATE FOR CASE MANAGEMENT**
25              v.                               **CONFERENCE; ORDER**

26  APPLE INC.,

27                        Defendant.

28

1    Plaintiffs OpenTV, Inc. and Nagravision S.A. ("OpenTV") and Defendant Apple Inc.

2  ("Apple") respectfully submit this stipulated request to continue the Case Management Conference

3  ("CMC") currently set for September 1, 2015, to either September 15, 2015, or September 22, 2015.

4    On August 4, 2015, the Court issued a Clerk's Notice setting a CMC for this case on

5  September 1, 2015.  Dkt. No. 193.  Before receipt of that Clerk's Notice, OpenTV's lead counsel,

6  Gerald F. Ivey, had previously scheduled a deposition on September 1, 2015.  Ivey Decl.  ¶ 2.

7  Moreover, the parties and their counsel have a CMC on September 17, 2015, in a separate case

8  before Judge Edward J. Davila (Case No. 3:15-cv-02008).  If this Court were to reschedule the CMC

9  in this case for the same week as Judge Davila's September 17 CMC in the other case, then it would

10  reduce travel and associated costs for OpenTV's lead counsel (whose office is in Washington, D.C.).

11  *Id.* ¶ 3.  Accordingly, the parties request that the CMC in this case be set for Tuesday, September 15,

12  2015, if available (the Court's Scheduling Notes indicate that September 15 is not available for

13  hearings, but note that a hearing is set for 3:00 that day), or alternatively, Tuesday, September 22,

14  2015 (Apple's counsel is not available on Tuesday, September 8, 2015).

15    Respectfully submitted,

16
    Dated: August 12, 2015              FINNEGAN, HENDERSON, FARABOW,
17                                         GARRETT & DUNNER, LLP

18

19                              By:  */s/ Robert F. McCauley*
                                     Robert F. McCauley (SBN 162056)
20                                   robert.mccauley@finnegan.com
                                     Jacob A. Schroeder (SBN 264717)
21                                   jacob.schroeder@finnegan.com
                                     FINNEGAN, HENDERSON, FARABOW,
22                                      GARRETT & DUNNER, LLP
                                     3300 Hillview Avenue
23                                   Palo Alto, CA  94304-1203
                                     Telephone:      (650) 849-6600
24                                   Facsimile:      (650) 849-6666

25                                   Gerald F. Ivey (*pro hac vice*)
                                     gerald.ivey@finnegan.com
26                                   Smith R. Brittingham IV (*pro hac vice*)
                                     smith.brittingham@finnegan.com
27                                   Elizabeth A. Niemeyer (*pro hac vice*)
                                     elizabeth.niemeyer@finnegan.com
28                                   John M. Williamson (*pro hac vice*)
                                     john.williamson@finnegan.com

STIPULATED REQUEST TO CONTINUE CMC
Case No. 3:14-cv-01622-HSG (KAW)

Aliza A. George (*pro hac vice*)
aliza.george@finnegan.com
Robert D. Wells (SBN 277903)
robert.wells@finnegan.com
Cecilia Sanabria (*pro hac vice*)
cecilia.sanabria@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:        (202) 408-4000
Facsimile:        (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
steven.kabakoff@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone:        (404) 653- 6400
Facsimile:        (404) 653-6444

Attorneys for Plaintiffs
OPENTV, INC. and NAGRAVISION S.A.

1

O'MELVENY & MYERS LLP

2

3

By: /s/ Brian M. Cook
George A. Riley (S.B. #118304)

4

griley@omm.com
Luann L. Simmons (S.B. #203526)

5

lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786)

6

mdrummondhansen@omm.com
O'MELVENY & MYERS LLP

7

Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823

8

Telephone:        (415) 984-8700
Facsimile:        (415) 984-8701

9

Ryan K. Yagura (S.B. #197619)

10

ryagura@omm.com
Xin-Yi Zhou (S.B. #251969) vzhou@omm.com

11

Brian M. Cook (S.B. #266181) bcook@omm.com
Kevin Murray (S.B. #275186)

12

kmurray2@omm.com
O'MELVENY & MYERS LLP

13

400 South Hope Street
Los Angeles, California  90071-2899

14

Telephone:        (213) 430-6000
Facsimile:        (213) 430-6407

15

Attorneys for Defendant APPLE INC.

16

17

**ATTESTATION**

18

By his signature below, counsel for Plaintiffs OpenTV, Inc. and Nagravision, S.A. hereby

19

attests that he has on file all holographic signatures corresponding to any signatures indicated by a

20

conformed signature (/s/) within this e-filed document.

21

Dated: August 12, 2015

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

22

23

24

By: /s/ Robert F. McCauley
Robert F. McCauley (SBN 162056)

25

Attorneys for Plaintiffs
OPENTV, INC. and NAGRAVISION S.A.

26

27

28

3

1

**ORDER**

2
      PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the CMC previously

3
scheduled on September 1, 2015, is continued to September 22, 2015 at 2:00 p.m.

4
Dated:  August 13, 2015

5
United States District Judge

6
Haywood S. Gilliam, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28