1  Robert F. McCauley ( SBN 162056)
   robert.mccauley@finnegan.com
2  Jacob A. Schroeder (SBN 264717)
   jacob.schroeder@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, CA  94304-1203
5  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
6

7  Gerald F. Ivey (*pro hac vice*)
8  Smith R. Brittingham IV (*pro hac vice*)
   Elizabeth A. Niemeyer (*pro hac vice*)
9  John M. Williamson (*pro hac vice*)
   Aliza A. George (*pro hac vice*)
10 Robert D. Wells (SBN 277903)
   Cecilia Sanabria (*pro hac vice*)
11 FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
12 901 New York Avenue, NW
   Washington, DC 20001-4413
13 Telephone:    (202) 408-4000
   Facsimile:    (202) 408-4400
14
15 Stephen E. Kabakoff (*pro hac vice*)
   FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
16 3500 SunTrust Plaza
   303 Peachtree Street, N.E.
17 Atlanta, GA  30308-3263
   Telephone:    (404) 653- 6400
18 Facsimile:    (404) 653-6444

19 Attorneys for Plaintiffs
   OPENTV, INC. and NAGRAVISION S.A.

George A. Riley (S.B. #118304)
griley@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ryan K. Yagura (S.B. #197619)
ryagura@omm.com
Vincent Zhou (S.B. #251969)
vzhou@omm.com
Kevin Murray (S.B. #275186)
kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
APPLE INC.

20                   UNITED STATES DISTRICT COURT

21                 NORTHERN DISTRICT OF CALIFORNIA

22                      SAN FRANCISCO DIVISION

23 | OPENTV, INC. and NAGRAVISION S.A., | CASE NO. 3:14-cv-01622-HSG (KAW) |

24              Plaintiffs,

**STIPULATED REQUEST FOR**
25                                        **EXTENSIONS ON OPPOSITION AND**
            v.                            **REPLY TO APPLE'S MOTION TO STAY;**
26                                        **ORDER**
   APPLE INC.,

27              Defendant.

28

1    Plaintiffs OpenTV, Inc. and Nagravision S.A. ("OpenTV") and Defendant Apple Inc.

2    ("Apple") respectfully submit this stipulated request for four-day extensions of the opposition and

3    reply brief deadlines for Apple's Motion to Stay Pending Completion of IPR Proceedings ("Apple's

4    Motion to Stay").

5    Apple's Motion to Stay (Dkt. 194) was filed on August 10, 2015, and is set for hearing on

6    September 22, 2015.  Dkt. 198.  In view of summer vacations for involved counsel and the Labor

7    Day holiday, counsel for the parties have agreed, and respectfully request, that each side have four

8    additional calendar days to file their respective opposition and reply briefs.  Specifically, the parties

9    request that the date for OpenTV's opposition be extended from August 24 to August 28, 2015, and

10   that Apple have eleven days to serve its reply (i.e., until September 8, 2015, the day after Labor

11   Day).  The requested extensions will provide the Court with a two-week period to review all of the

12   briefs before the September 22 hearing on the Motion to Stay and will not affect any other dates in

13   this case.

14   Respectfully submitted,

15   Dated: August 14, 2015               FINNEGAN, HENDERSON, FARABOW,
16                                         GARRETT & DUNNER, LLP

17

18                                 By:    /s/ Robert F. McCauley
19                                        Robert F. McCauley (SBN 162056)
                                          robert.mccauley@finnegan.com
20                                        Jacob A. Schroeder (SBN 264717)
                                          jacob.schroeder@finnegan.com
                                          FINNEGAN, HENDERSON, FARABOW,
21                                          GARRETT & DUNNER, LLP
                                          3300 Hillview Avenue
22                                        Palo Alto, CA  94304-1203
                                          Telephone:      (650) 849-6600
23                                        Facsimile:      (650) 849-6666

24                                        Gerald F. Ivey (*pro hac vice*)
                                          gerald.ivey@finnegan.com
25                                        Smith R. Brittingham IV (*pro hac vice*)
                                          smith.brittingham@finnegan.com
26                                        Elizabeth A. Niemeyer (*pro hac vice*)
                                          elizabeth.niemeyer@finnegan.com
27                                        John M. Williamson (*pro hac vice*)
                                          john.williamson@finnegan.com
28                                        Aliza A. George (*pro hac vice*)
                                          aliza.george@finnegan.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert D. Wells (SBN 277903)
robert.wells@finnegan.com
Cecilia Sanabria (*pro hac vice*)
cecilia.sanabria@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:        (202) 408-4000
Facsimile:        (202) 408-4400

Stephen E. Kabakoff (*pro hac vice*)
steven.kabakoff@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone:        (404) 653- 6400
Facsimile:        (404) 653-6444

Attorneys for Plaintiffs
OPENTV, INC. and NAGRAVISION S.A.

O'MELVENY & MYERS LLP


By:   __/s/ *Luann L. Simmons*_____
George A. Riley (S.B. #118304)
griley@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Ryan K. Yagura (S.B. #197619)
ryagura@omm.com
Xin-Yi Zhou (S.B. #251969) vzhou@omm.com
Brian M. Cook (S.B. #266181) bcook@omm.com
Kevin Murray (S.B. #275186)
kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant APPLE INC.

STIPULATED REQUEST FOR EXTENSIONS
'Case No. 3:14-cv-01622-HSG (KAW)

**ATTESTATION**

By his signature below, counsel for Plaintiffs OpenTV, Inc. and Nagravision, S.A. hereby attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: August 14, 2015               FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, LLP


By:   */s/ Robert F. McCauley*
       Robert F. McCauley (SBN 162056)
       Attorneys for Plaintiffs
       OPENTV, INC. and NAGRAVISION S.A.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 17, 2015

                        United States District Judge
                        Haywood S. Gilliam, Jr.