Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

OPENTV, INC. and NAGRAVISION, S.A., )
                                    )  Case No: 3:14-cv-01622-HSG (KAW)
                    Plaintiff(s),   )
                                    )  **APPLICATION FOR**
        v.                          )  **ADMISSION OF ATTORNEY**
                                    )  **PRO HAC VICE**
APPLE INC.,                         )  (CIVIL LOCAL RULE 11-3)
                                    )
                    Defendant(s).   )
_____)

I, Jeff T. Watson_____, an active member in good standing of the bar of
Supreme Court of Georgia____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: OPENTV, INC. and NAGRAVISION, S.A._____ in the
above-entitled action. My local co-counsel in this case is Robert F. McCauley_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 3500 SunTrust Plaza, 303 Peachtree St. NE, Atlanta, GA 30308 | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 3300 Hillview Ave., Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: (404) 653-6551 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 849-6600 |
| MY EMAIL ADDRESS OF RECORD: jeff.watson@finnegan.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: robert.mccauley@finnegan.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 940602_____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/18/15

Jeff T. Watson
_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeff T. Watson_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 8/19/2015

Haywood S. Gilliam
_____
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



HUGH P. THOMPSON, CHIEF JUSTICE
P. HARRIS HINES, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
HAROLD D. MELTON
DAVID E. NAHMIAS
KEITH R. BLACKWELL
JUSTICES

**Supreme Court**
**State of Georgia**
STATE JUDICIAL BUILDING
**Atlanta 30334**

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

January 9, 2015

I hereby certify that Jeff T. Watson, Esq., was admitted on the 12th day of January, 2010, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court

hereto affixed the day and year first above written.

*Thérèse S. Barnes* , Clerk