| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Gerald F. Ivey (pro hac vice)<br>Smith R. Brittingham IV (pro hac vice)<br>Elizabeth A. Niemeyer (pro hac vice)<br>John M. Williamson (pro hac vice)<br>Aliza A. George (pro hac vice)<br>Robert D. Wells (SBN 277903)<br>Cecilia Sanabria (pro hac vice)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Stephen E. Kabakoff (pro hac vice)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3263<br>Telephone: (404) 653-6400<br>Facsimile: (404) 653-6444<br><br>Attorneys for Plaintiffs<br>OPENTV, INC. and NAGRAVISION S.A. | George A. Riley (S.B. #118304)<br>griley@omm.com<br>Luann L. Simmons (S.B. #203526)<br>lsimmons@omm.com<br>Melody Drummond Hansen (S.B. #278786)<br>mdrummondhansen@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Ryan K. Yagura (S.B. #197619)<br>ryagura@omm.com<br>Xin-Yi Zhou (S.B. #251969)<br>vzhou@omm.com<br>Kevin Murray (S.B. #275186)<br>kmurray2@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>Attorneys for Defendant<br>APPLE INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| OpenTV, Inc., and Nagravision S.A.,<br><br>            Plaintiffs,<br><br>v.<br><br>Apple Inc.,<br><br>            Defendant. | Case No. 3:14-cv-01622-HSG<br><br>**JOINT STIPULATION REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATIONS AT HEARING THURSDAY, SEPTEMBER 24, 2015** |

Counsel for Plaintiffs OpenTV, Inc. and Nagravision, SA, ("Plaintiffs") and Defendant Apple Inc. ("Apple") stipulate and respectfully request an order permitting counsel and/or their staff to bring laptop computers into the courthouse and connect their respective laptops into Courtroom 15's visual presentation system on Thursday, September 24, 2015, for the Case Management Conference and hearing on Apple's Motion to Stay Pending Completion of IPR Proceedings (Dkt. Nos. 194, 207, 209) on that same date.

**ATTESTATION**

I, Luann L. Simmons, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

                                                                                                      */s/ Luann L. Simmons*

Dated: September 22, 2015        FINNEGAN, HENDERSON, FARABOW,
                                                        GARRETT & DUNNER, LLP

                                                        By:   */s/ Robert F. McCauley*
                                                        Robert F. McCauley
                                                        Attorneys for Plaintiffs
                                                        **OPENTV, INC. AND**
                                                        **NAGRAVISION S.A.**


Dated: September 22, 2015        O'MELVENY & MYERS LLP

                                                        By: */s/ Luann L. Simmons*
                                                        Luann L. Simmons
                                                        Attorneys for Defendant
                                                       **APPLE INC.**

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  Counsel for the parties (and/or their staff) may bring laptop computers into the courthouse and connect their respective laptops into Courtroom 15's visual presentation system on Thursday, September 24, 2015, for the Case Management Conference and hearing on Apple's Motion to Stay Pending Completion of IPR Proceedings on that same date.

Dated: September 22, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge