Robert F. McCauley ( SBN 162056)
robert.mccauley@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Gerald F. Ivey (pro hac vice)
Smith R. Brittingham IV (pro hac vice)
Elizabeth A. Niemeyer (pro hac vice)
John M. Williamson (pro hac vice)
Aliza A. George (pro hac vice)
Robert D. Wells (SBN 277903)
Cecilia Sanabria (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

Stephen E. Kabakoff (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone:     (404) 653- 6400
Facsimile:     (404) 653-6444

Attorneys for Plaintiffs
OPENTV, INC. and NAGRAVISION S.A.

Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ryan K. Yagura (S.B. #197619)
ryagura@omm.com
Xin-Yi Zhou (S.B. #251969)
vzhou@omm.com
Kevin Murray (S.B. #275186)
kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| OpenTV, Inc., and Nagravision S.A., | Case No. 3:14-cv-01622-HSG |
| Plaintiffs, | **JOINT MOTION TO DISMISS** |
| v. | |
| Apple Inc., | |
| Defendant. | |

WHEREAS, Plaintiffs OPEN TV, INC. and NAGRAVISION S.A. ("Plaintiffs") and Defendant APPLE INC. ("Defendant") have resolved Plaintiffs' claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiffs asserted in this case.

NOW, THEREFORE, Plaintiffs and Defendant, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

Dated: August 3, 2016                FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, LLP


                                     By:    */s/ Robert F. McCauley*
                                     Robert F. McCauley
                                     Attorneys for Plaintiffs
                                     **OPENTV, INC. AND
                                     NAGRAVISION S.A.**

Dated: August 3, 2016                O'MELVENY & MYERS LLP


                                     By:    */s/ Ryan K. Yagura*
                                     Ryan K. Yagura
                                     Attorneys for Defendant
                                     **APPLE INC.**


### **ATTESTATION**

I, Robert F. McCauley, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: August 3, 2016                FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, LLP


                                     By:    */s/ Robert F. McCauley*
                                     Robert F. McCauley
                                     Attorneys for Plaintiffs
                                     **OPENTV, INC. AND
                                     NAGRAVISION S.A.**