Robert F. McCauley ( SBN 162056)
robert.mccauley@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Gerald F. Ivey (pro hac vice)
Smith R. Brittingham IV (pro hac vice)
Elizabeth A. Niemeyer (pro hac vice)
John M. Williamson (pro hac vice)
Aliza A. George (pro hac vice)
Robert D. Wells (SBN 277903)
Cecilia Sanabria (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Stephen E. Kabakoff (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone:     (404) 653- 6400
Facsimile:      (404) 653-6444

Attorneys for Plaintiffs
OPENTV, INC. and NAGRAVISION S.A.

Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Melody Drummond Hansen (S.B. #278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ryan K. Yagura (S.B. #197619)
ryagura@omm.com
Xin-Yi Zhou (S.B. #251969)
vzhou@omm.com
Kevin Murray (S.B. #275186)
kmurray2@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| OpenTV, Inc., and Nagravision S.A., <br><br>  Plaintiffs, <br><br> v. <br><br> Apple Inc., <br><br>  Defendant. | Case No. 3:14-cv-01622-HSG <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

1    Plaintiffs OPEN TV, INC. and NAGRAVISION S.A. ("Plaintiffs") and Defendant
2 APPLE INC. ("Defendant") announced to the Court that they have resolved Plaintiffs' claims for
3 relief against Defendant asserted in this case and Defendant's claims, defenses and/or
4 counterclaims for relief against Plaintiffs asserted in this case.  Plaintiffs and Defendant have
5 therefore requested that the Court dismiss Plaintiffs' claims for relief against Defendant with
6 prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiffs
7 without prejudice, and with all attorneys' fees, costs and expenses borne by the party incurring
8 same.  The Court, having considered this request, is of the opinion that their request for dismissal
9 should be granted.

10   IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendant are
11 dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against
12 Plaintiffs are dismissed without prejudice.  IT IS FURTHER ORDERED that all attorneys' fees,
13 costs of court and expenses shall be borne by each party incurring the same.

14
15   Dated: August 4, 2016          By: _____
                                        United States District Judge
16                                      Haywood S. Gilliam, Jr.